**Fencel O'Hara MARTIN, Petitioner–Appellant,**

v.

**D. Scott DODRILL, Respondent–Appellee.**

No. 01–7219.

United States Court of Appeals, Fourth Circuit.

Submitted June 5, 2002.

Decided June 17, 2002.

Fencel O'Hara Martin, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Fencel O'Hara Martin seeks to appeal the district court's order denying his petition filed under 28 U.S.C. § 2241 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Martin v. Dodrill*, No. CA–01–76–5–H (E.D.N.C. filed May 14, 2001 & entered May 15, 2001); *see also San–Miguel v. Dove*, 291 F.3d 257 (4th Cir.2002). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*